UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| YITZCHOK SHTEIERMAN a/k/a ISAAC SHTEIERMAN a/k/a YITZCHOK STERN, ET AL., | Civil Action No.: 19-cv-11703 |
| | **ECF CASE** |
| Plaintiff, | **NOTICE OF REMOVAL** |
| - against - | |
| RENTTRACK, LLC, | |
| Defendant. | |

-----------------------------------------------------------------x

In accordance with 28 U.S.C. §§ 1331, 1441 and 1446, Defendant RentTrack, Inc., f/k/a RentTrack, LLC ("RentTrack"), by and through its attorneys, Seyfarth Shaw LLP, hereby removes to the United States District Court for the Southern District of New York, the civil action pending against it in the Supreme Court of the State of New York, County of Rockland (the "State Action"), brought by plaintiff Yitzchok Shteierman a/k/a Isaac Shteierman a/k/a Yitzchok Stern ("Plaintiff").  (A true and correct copy of the Summons and Complaint is annexed hereto as "Exhibit A").  In support of removal, Defendant states as follows:

**I.      Removal Is Proper Because The Plaintiff Brings A Claim Under The Lanham Act and Federal Trade Commission Act.**

1.      Among other things, Plaintiff asserts claims under The Lanham Act, 15 U.S.C.S. § 1125(a), and the Federal Trade Commission Act, 15 U.S.C. § 45.

2.      The Complaint alleges that the Defendant violated the Lanham Act when it "falsely and misleadingly represented that it reports customer rental payments to all three credit bureaus, including Experian." (*See* Ex. A, ¶ 17).  As well as when Defendant allegedly "falsely and misleading[ly] represented that it scans customer accounts a few days before and a few days

after rent due dates to determine the prompt payment of customers' rent." (*See* Ex. A, ¶ 18). Plaintiff alleges that "Defendant's advertising was likely to cause mistake or deceive customers, which it did, in connection with Defendant's services." (*See* Ex. A, ¶ 19). And, that "Defendant's advertising and representations misrepresent the nature and quality of its services." (*See* Ex. A, ¶ 20).

3.  Additionally, the Complaint alleges that the Defendant violated the Federal Trade Commission Act, 15 U.S.C. § 45, by "engag[ing] in deceptive business practices," including "a. Repeatedly failing to report timely rental payments to Transunion and Equifax as advertised; b. Repeatedly failing to report any timely payments to Experian as advertised; c. Repeatedly failing to report early payments as timely payments as advertised." (*See* Ex. A, ¶ 38-39).

4.  This action therefore presents federal questions over which this Court has original jurisdiction. 28 U.S.C. § 1331 (conferring original jurisdiction upon federal courts in actions "arising under the … laws … of the United States").

## II. This Court Has Supplemental Jurisdiction Over Plaintiff's State Law Claims.

5.  Plaintiff also asserts claims under New York's General Business Law § 350-d for false advertising, New York's General Business Law § 349 for consumer fraud, and New York's common law for breach of contract/breach of implied good faith and fair dealing, fraud in the inducement, intentional infliction of emotional distress, and professional malpractice/breach of fiduciary duty. (*See* Ex. A).

6.  This Court has supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a) and (b).

7.  Because Plaintiff could have brought his claims in federal court, this action is properly removed in accordance with 28 U.S.C. § 1441.

### IV.     RentTrack Has Satisfied The Procedural Requirements For Removal.

8. Upon information and belief, on or about November 22, 2019, plaintiff Yitzchok Shteierman a/k/a Isaac Shteierman a/k/a Yitzchok Stern filed a Complaint with the Supreme Court of the State of New York, Rockland County.

9. Defendant has filed no pleadings in this matter.

10. A copy of the summons and complaint was served on Defendant via service to a prior address of the Defendant at 2060 Almeda Padre Sierra, Suite 101, Santa Barbera, California, on November 22, 2019. Defendant did not receive actual notice of the suit until December 13, 2019, when another tenant in the building forwarded the complaint to the Defendant's new address.

11. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), having been filed within thirty (30) days after service of the Complaint and notice to Defendant.

12. Venue is proper in this District under 28 U.S.C. § 1441(a) because, under 28 U.S.C. § 82, this District embraces Rockland County, New York, the place where the State Action has been pending.

13. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff's counsel. Pursuant to 28 U.S.C. § 1446, a copy of the Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Rockland.

14. RentTrack files this Notice in accordance with Fed. R. Civ. P. 11.

15. By filing this Notice of Removal, RentTrack neither concedes nor waives any defense to this action. RentTrack reserves all defenses relating to the Court's jurisdictional and the justiciability of this action.

WHEREFORE, Defendant prays that the above-referenced civil action proceed in the United States District Court for the Southern District of New York as an action properly removed thereto.

Dated: New York, New York  
       December 20, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Christopher F. Robertson*

Attorneys for Defendant  
*RentTrack, LLC*

Christopher F. Robertson (CR 2109)  
crobertson@seyfarth.com  
SEYFARTH SHAW LLP  
2 Seaport Lane, Suite 300  
Boston, MA  02210  
Telephone:  (617) 946-4800  
Facsimile:   (617) 946-4801

Lauren E. Becker (LB 7315)  
lbecker@seyfarth.com  
SEYFARTH SHAW LLP  
620 Eighth Avenue, 32nd Floor  
New York, NY  10018-1405  
Telephone:  (212) 218-5500  
Facsimile:   (212) 218-5526

Pamela Q. Devata, *pro hac vice to be filed*  
pdevata@seyfarth.com  
SEYFARTH SHAW LLP  
233 South Wacker Drive, Suite 8000  
Chicago, IL  60606-6448  
Telephone:  (312) 460-5000  
Facsimile:   (312) 460-7000


TO:    Scott Levenson, Esq.  
         Levenson Law Group  
         15 North Mill Street  
         Nyack, NY  10960

         Attorneys for Plaintiff  
         *Yitzchok Shteierman a/k/a Isaac Shteierman a/k/a Yitzchok Stern*

## CERTIFICATE OF SERVICE

I, Christopher F. Robertson, hereby certify that on December 20, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL WITH EXHIBIT A ANNEXED THERETO**, and **CIVIL COVER SHEET**, with the Clerk of the Court via the Court's CM/ECF system, and sent true and correct copies of the foregoing documents via Federal Express, priority overnight mail, postage prepaid, to counsel for Plaintiff at the following address of record:

Scott Levenson, Esq.
Levenson Law Group
15 North Mill Street
Nyack, NY  10960

*/s/ Christopher F. Robertson*
Christopher F. Robertson